ANNA ROUGHAN, Respondent, *v.* CHENANGO VALLEY SAVINGS BANK, Appellant.

*Roughan* v. *Chenango Valley Savings Bank*, 158 App. Div. 786, affirmed.

(Argued October 27, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to recover the amount of two savings bank deposits with interest, the bank books having been lost. The deposits were in the name of Bridget W. Roughan, the mother of plaintiff, and James W. R. Kelly, both of whom were deceased. The defendant claimed that it had no authority to pay the money to any one except the representatives of Bridget W. Roughan and

James W. R. Kelly, but that it would pay the money to the plaintiff upon being indemnified by a proper bond.

*Thomas J. Mangan* for appellant.

*Jerome De Witt* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HOGAN, CARDOZO and POUND, JJ. Dissenting: HISCOCK, CHASE and CUDDEBACK, JJ.